# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>PRABHATBHAI T. PATEL, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00170-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 5) |

On April 28, 2018, Plaintiff filed a notice of voluntary dismissal. (ECF No. 5). Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (a)(1)(B); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: __**April 30, 2018**__            /s/ *Erica P. Grosjean*
                                                        UNITED STATES MAGISTRATE JUDGE

1